

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00523-CV

**IN THE INTEREST OF A.H. III, A CHILD**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01990
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. Tex. R. Jud. Admin. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

Appellant's brief was due on November 14, 2022. On November 14, 2022, appellant filed a second motion for extension of time to file appellant's brief. The motion is GRANTED. Appellant's brief is due **no later than December 5, 2022**. *Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be considered.*

It is so **ORDERED** on November 18, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

